Below is an Order of the Court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | |
| **Timothy Edward Blake**, | Case No. 14-32666-dwh13 |
| Debtor. | |
| **Timothy Edward Blake,** | Adversary Proceeding No. 18-03080-dwh |
| Plaintiff, | |
| v. | ORDER ON MOTION FOR SUMMARY JUDGMENT |
| **CMG Mortgage Inc.**, | |
| Defendant. | |

Based on the record of the November 27, 2018, hearing on defendant's Motion to Dismiss [5], which the court treats as a motion for summary judgment, the court

GRANTS the motion with respect to the first and fourth causes of action stated in the complaint; and

Page 1 – ORDER ON MOTION FOR SUMMARY JUDGMENT

DENIES the motion with respect to the second and third causes of action stated in the complaint.

# # #